JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Alvaro Cervantes, | ) | SACV 18-00618 JVS(JDEx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | |
| v. | ) | SETTLEMENT OF CASE |
| | ) | |
| Target Corporation, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| _____ | ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days,</u> to reopen the action if settlement is not consummated.


DATED: February 15, 2019

                                    James V. Selna
                              United States District Judge