# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO CERVANTES,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, et al.,<br><br>Defendants. | **CASE NO.: 8:18-cv-00618-JVS (JDEx)**<br>Assigned to:<br>Honorable Judge James V. Selna<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into between counsel for Plaintiff and Defendant on March 5, 2019 be entered as a matter of record and the case be hereby dismissed.

DATED: March 12, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**